

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| RASHAD CHISHOLM, | § | No. 08-17-00258-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20120D02440) |
| | § | |

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **November 24, 2018**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before November 24, 2018.

IT IS SO ORDERED this 10th day of October, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.